AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW MONTALVO (AKA: Unknown)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00082
Assigned To : Harvey, G. Michael
Assign. Date : 4/15/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    MATTHEW MONTALVO                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:       04/15/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.15 11:49:49 -04'00'

*Issuing officer's signature*

City and state:       Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/15/2022 , and the person was arrested on *(date)* 4/26/2022 |
| at *(city and state)* Kissimmee, Florida . |
| Date: 4/26/2022 |

*Arresting officer's signature*

Task Force Officer   Jesuel Cortes

*Printed name and title*